UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7892
(7:15-cv-00491-JPJ-RSB)
_____

ELBERT SMITH

        Plaintiff - Appellant

v.

SUE BUNCH, Mailroom Clerk; TERESA PEASE, Mailroom Associate; RANDALL C. MATHENA, Warden of Red Onion State Prison; GEORGE M. HINKLE, Regional Administrator for the Western Region of Virginia; HAROLD W. CLARKE, Director of Virginia Department of Corrections

        Defendants - Appellees

_____

M A N D A T E
_____

    The judgment of this court, entered 4/1/16, takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                          */s/Patricia S. Connor, Clerk*